IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 22-mc-00005-CMA-MEH

HOWMEDICA OSTEONICS CORP.,

 Plaintiff,

v.

MORGAN SCHILLING,

 Defendant.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

 This matter is before the Court on the June 10, 2022 Recommendation of United States Magistrate Judge (Doc. # 28), wherein Judge Michael E. Hegarty recommends that Plaintiff's Motion to Enforce Stipulation (Doc. # 21) be denied without prejudice for lack of jurisdiction and this matter be terminated. The Court affirms and adopts the Recommendation for the following reasons.

 "[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de

novo or any other standard, when neither party objects to those findings")). The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 28 at 2 n.1.) Neither party has filed any objection, and the time to do so has now expired.

Having reviewed the Recommendation, the relevant portions of the record, and applicable legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS as follows:

- the June 10, 2022 Recommendation of United States Magistrate Judge (Doc. # 28) is AFFIRMED and ADOPTED as an order of this Court; and

- Plaintiff's Motion to Enforce Stipulation (Doc. # 21) is DENIED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

- Accordingly, Interested Party ORP Surgical, LLC's Motion for Extension of Time to File Response (Doc. # 26) is DENIED AS MOOT.

The Clerk of Court is directed to close this case.

DATED: June 27, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge